1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| **DARRYL WAYNE HILL,**<br><br>                                    Petitioner,<br><br>            **v.**<br><br>**KIM HOLLAND, Warden,**<br><br>                                    Respondent. | Case No. C 14-1499 LHK (PR)<br><br>[~~**PROPOSED**~~] **ORDER** |

18        GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October

19   3, 2014 to file an answer to the petition for writ of habeas corpus.  Petitioner may file a traverse

20   within 30 days after the date the answer is filed.

21

22

23   Dated:   8/9/14 _____          _Lucy H. Koh_____

The Honorable Lucy H. Koh

24

25

26

27

28